# Court of Appeals
# of the State of Georgia

ATLANTA,_ January 18, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17A0854. RICHARD A. COSDEN v. THE STATE.**

Richard A. Cosden filed both this direct appeal and an application for discretionary appeal from the trial court's order denying his "Motion to Correct Void Sentence." We denied his application for discretionary appeal. See Case No. A16D0283 (denied March 22, 2016). Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 01/18/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*